RICHARD A. BESHWATE, JR.   SBN 179782
Attorney at Law
1330 L Street  Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN VILLEGAS-SEGOVIA,<br><br>Defendant. | Case No.  1:18-CR-00207 NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR., attorney for Defendant MARVIN VILLEGAS-SEGOVIA and ROSS PEARSON, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for October 15,2020, at 9:30 a.m. shall be continued until NOVEMBER 19, 2020, at 9:30 a.m.

1. Defendant's attorney needs additional time to discuss sensitive issues with client prior to sentencing.
2. There is no objection by the U.S. Attorney.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: October 8, 2020                               Respectfully submitted,


/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
MARVIN VILLEGAS-SEGOVIA

Dated: October 8, 2020                               Respectfully submitted,


/s/ ROSS PEARSON
ROSS PEARSON
Assistant U.S. Attorney

### ORDER

The sentencing hearing as to the above named defendant currently scheduled for October 15, 2020, at 9:30 a.m., is continued until NOVEMBER 19, 2020, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 8, 2020**                          _____
                                                     UNITED STATES DISTRICT JUDGE